IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN MOORE and
ELLEN MOORE

    Plaintiffs

v.                                          Civil Action No.   CCB-01-0417

MAYOR AND CITY COUNCIL FOR THE
CITY OF SALISBURY, et al.

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is 1ST day of June 2001, by the United States District Court for the District of Maryland,

ORDERED, that Defendants' Motion for Extension of Time is GRANTED and Defendants will answer, move, or otherwise respond to the Complaint on or before June 24, 2001.

_____
Judge,
United States District Court