UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Civil Division

JOSHUA P. WOLFE, )
        Plaintiff   )
        )      Case No.: AMD 01CV1027
        )
v.   )
        )
JAY KALIN, et al.   )
        Defendant   )

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave of Court to allow plaintiff's an additional two weeks to file plaintiff's Rule 26(a)(2) expert disclosure, and Defendants' opposition thereto, it is this _9th_ day of _July_, 2001, hereby

**ORDERED,** that Plaintiff's Motion for Leave of Court to allow plaintiff's an additional two weeks to file plaintiff's Rule 26(a)(2) expert disclosure is GRANTED.

_____
JUDGE